**Supreme Court**
**No. 2022-233-M.P.**

In the Matter of Elizabeth Stone:

# A M E N D E D   O R D E R

On August 2, 2022, this Court's Disciplinary Counsel filed a petition pursuant to Article III, Rule 6(e) of the Supreme Court Rules of Disciplinary Procedure requesting that the court order the respondent Elizabeth Stone, to file an answer to a disciplinary complaint. Counsel informed us that the responded has failed to answer the complaint despite several requests that she do so.

On September 9, 2022, we entered an order reprimanding the respondent for her failure to answer that complaint and directing her to file her answer within ten days. The order further provided that her failure to do so would result in her suspension from the practice of law. The respondent was served with that order electronically on September 9, 2022. The respondent has failed to file her answer and is in willful defiance of this Court's order.

Accordingly, it is ordered that the respondent, Elizabeth Stone, is suspended from engaging in the practice of law in this state, effective immediately, and until further order of this Court.

Entered as an Order of this Court this 18th day of October, 2022.

By Order,

_____
/s/
Clerk



# STATE OF RHODE ISLAND

## SUPREME COURT – CLERK'S OFFICE
Licht Judicial Complex
250 Benefit Street
Providence, RI  02903

## ORDER COVER SHEET

| | | |
|---|---|---|
| **Title of Case** | In the Matter of Elizabeth Stone. | |
| **Case Number** | No. 2022-233-M.P. | |
| **Date Order Filed** | October 17, 2022 | |
| **Justices** | Suttell, C.J., Goldberg, Robinson, Lynch Prata, and Long, JJ. | |
| **Source of Appeal** | N/A | |
| **Judicial Officer from Lower Court** | N/A | |
| **Attorney(s) on Appeal** | For Petitioner:<br><br>Kerry Reilley Travers, Esq.<br>Chief Disciplinary Counsel | |
| | For Respondent:<br><br>Elizabeth Stone, *Pro Se* | |